■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH SANFORD, Appellant. [725 NYS2d 870] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered September 4, 1996, convicting him of attempted murder in the first degree (two counts), criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. O'Brien, J. P., Altman, Luciano and Adams, JJ., concur.